United States Courts
Southern District of Texas
FILED

MAR 27 2023

Nathan Ochsner, Clerk of Court

| Fill in this information to identify the case: |
|---|
| Debtor name Pete's Fine Meats, Inc. |
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number (If known): 23-31036 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Debt Savvy<br>80 Broad Street, 12th Floor<br>New York, New York 10004 | Levi Rosenburg<br>39 Broadway<br>New York, New York 10006 | Merchant Cash Advance Loan | C,U,D | | | $68,001.36 |
| 2 | Summer Energy, LLC<br>c/o Jaleea P. George<br>5847 San Felipe Street, Suite 3700<br>Houston, Texas 77057 | Pagel Davis & Hill P.C<br>c/o Dennis A. McQueen<br>1415 Louisiana, 22nd Floor<br>Houston, Texas 77002 | Settlement | | | | $57,279.50 |
| 3 | Small Business Financial Solutions, LLC d/b/a Rapid Finance<br>4500 East West Highway, 6th Floor<br>Bethesda, Maryland 20814 | | Merchant Cash Advance Loan | C,U,D | | | $49,210.52 |
| 4 | Fundamental Capital LLC<br>20803 Biscayne Boulevard<br>Aventura, Florida 33180 | | Merchant Cash Advance Loan | C,U,D | | | $41,566.00 |
| 5 | Rival Funding LLC<br>4201 Neshaminy Blvd<br>Suite 108-211<br>Bensalem, Pennsylvania 19020 | Brian Schechter<br>2371 McDonald Avenue<br>Brooklyn, New York 11223 | Merchant Cash Advance Loan | C,U,D | | | $37,500.00 |
| 6 | Charlie's Plumbing, Inc.<br>10114 Thermon Street<br>Houston, Texas 77075 | Jamie King, P.C.<br>P.O. Box 5757<br>Houston, Texas 77325 | Services | C,U,D | | | $27,181.40 |
| 7 | Apex Energy Solutions, LLC<br>c/o Registered Agents, Inc.<br>5900 Balcones Drive, Suite 100<br>Austin, Texas 78731 | | Services | | | | ~$27,000.00 |
| 8 | Sysco Corporation<br>c/o Corporation Service Company<br>211 E 7th Street, Suite 620<br>Austin, Texas 78701 | Totz Ellison & Totz, P.C.<br>2211 Norfolk Street, Suite 510<br>Houston, Texas 77098 | Trade Debt | | | | $26,231.68 |

Debtor Paramount Health Services, LLC Case number (if known)______________
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Elysium Network LLC d/b/a EGH Capital<br>85 Broad Street<br>New York, New York 10004 | | Merchant Cash Advance Loan | C,U,D | | | $22,400.00 |
| 10 | Linz, Inc. d/b/a Meats by Linz<br>414 E State Street<br>Calumet City, Illinois 60409 | | Trade Debt | | | | ~$15,000.00 |
| 11 | Action Meat Distributors, Inc.<br>c/o Fred Cramm<br>1920 S. Starpoint<br>Houston, Texas 77032 | | Trade Debt | | | | ~$12,000.00 |
| 12 | Goat Advance LLC<br>c/o The LLC<br>3273 Bedford Avenue<br>Brooklyn, New York 11210 | Lieberman & Klestzick, LLP<br>c/o Joe Lieberman, Esq.<br>71 S. Central Avenue, #200<br>Valley Stream, New York 11580 | Settlement | | | | $7,666.65 |
| 13 | US Foods, Inc.<br>c/o Corporation Service Company<br>211 E 7th Street Suite 620<br>Austin, Texas 78701 | | Trade Debt | | | | ~$5,000.00 |
| 14 | Kean Miller LLP<br>711 Louisiana Street, Suite 1800<br>Houston, Texas 77002 | | Professional Services | | | | $5,000.00 |
| 15 | ProValley Foods, L.L.C.<br>c/o Kevin Terrazas<br>1001 S. Capital of Texas Hwy, #L<br>Suite 250, Austin, Texas 78746 | | Trade Debt | | | | ~$2,000.00 |
| 16 | Texas Foods Distributors LLC<br>c/o Oscar I. Campos<br>5710 Green Ash Drive<br>Houston, Texas 77081 | Jose Juan Rodriguez<br>9101 Lipan Road<br>Houston, Texas 77063 | Trade Debt | | | | $1,864.24 |
| 17 | Sundaise, LLC<br>c/o CT Corporation System<br>1999 Bryan Street, Suite 900<br>Dallas, Texas 75201 | | Landlord | | | | Unknown |
| 18 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pennsylvania 19101 | | Taxes | | | | Unknown |
| 19 | Harris County Tax Office<br>P.O. Box 4463<br>Houston, Texas 77210 | Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, Texas 77253 | Taxes | | | | Unknown |
| 20 | Texas Comptroller<br>P.O. Box 13528<br>Capitol Station<br>Austin, TX 78711 | | Taxes | | | | Unknown |