IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Pete's Fine Meats, Inc. | § | Case No. 23-31036 |
| | § | |
| Debtor(s) | § | Chapter 11 |

**DECLARATION FOR ELECTRONIC FILING OF AMENDED PETITION, ORIGINAL/AMENDED BANKRUPTCY STATEMENTS AND SCHEDULES, AND/OR AMENDED MASTER MAILING LIST (MATRIX)**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company named as the debtor in this case, ***I hereby declare under penalty of perjury*** that I have read

☐ the original statements and schedules to be filed electronically in this case

☐ the voluntary petition as amended on the date indicated below and to be filed electronically in this case

☐ the statements and schedules as amended on the date indicated below and to be filed electronically in this case

☒ the master mailing list (matrix) as amended on the date indicated below and to be filed electronically in this case

and that the information provided therein is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after such statements, schedules, and/or amended petition or matrix have been filed electronically. I understand that a failure to file the signed original of this Declaration as to any original statements and schedules will result in the dismissal of my case and that, as to any amended petition, statement, schedule or matrix, such failure may result in the striking of the amendment(s).

☒ *[Only include if petitioner is a corporation, partnership or limited liability company]* –
I hereby further declare under penalty of perjury that I have been authorized to file the statements, schedules, and/or amended petition or amended matrix on behalf of the debtor in this case.

Date: May 19, 2023.

Michael Cruz, President of Pete's Fine Meats, Inc.

Label Matrix for local noticing
0541-4
Case 23-31036
Southern District of Texas
Houston
Fri May 19 09:55:24 CDT 2023

Harris County
Linebarger Goggan Blair & Sampson LLP
C/O Tara L. Grundemeier
P.O. Box 3064
Houston, TX 77253-3064

Pete's Fine Meats, Inc.
5509 Richmond Ave
Houston, TX 77056-6615

Sundaise, LLC
c/o Lambright McKee, P.C.
940 Corbindale Rd.
Houston, TX 77024-2800

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

AT&T, Inc.
c/o CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3140

Action Meat Distributors, Inc.
c/o Fred Cramm
1920 S. Starpoint
Houston, Texas 77032-5120

Aoex Energy Solutions, LLC
11644 N Michigan Road
Zionsville, Indiana 46077-9324

Apex Energy Solutions, LLC
11644 N Michigan Road
Zionsville, Indiana 46077-9324

Apex Energy Solutions, LLC
1411 Yale Street
Houston, Texas 77008-4212

Apex Energy Solutions, LLC
c/o Registered Agents, Inc.
5900 Balcones Drive, Suite 100
Austin, Texas 78731-4298

BHW Real Estate Partners
5353 W. Alabama Street, #450
Houston, Texas 77056-5922

Bizfund LLC
122 E 42nd Street Floor 18
New York New York 10168-1899

Bizfund LLC
2371 McDonald Avenue
Brooklyn, New York 11223-4738

Bizfund LLC
2371 McDonald Avenue
BrooklynJ New York 11223-4738

Block, Inc.
c/o CT Corporation System
1999 Bryan Street,
Suite 900
Dallas, Texas 75201-3140

Brian Schechter
2371 McDonald Avenue
Brooklyn, New York 11223-4738

(p)CANTRELL & CANTRELL PLLC
ATTN DEREK B MATTA
3700 BUFFALO SPEEDWAY SUITE 1000
HOUSTON TX 77098-3722

Centerpoint Energy
POB 1700
Houston, TX 77251-1700

Centerpoint Energy, Inc.
c/o CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3140

Charlie's Plumbing, Inc.
c/o Merrill Crawford
10114 Thermon Street
Houston, Texas 77075-3412

Comcast Corporation
c/o C T Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201-3140

Comcast Corporation
c/o CT Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201-3140

Debt Saavy
80 Broad Street,
12th Floor
New York, New York 10004-2584

Debt Saavy
c/o Levi Rosenburg
39 Broadway
New York, New York 10006-3003

Debt Savvy
80 Broad Street, 12th Floor
New York, New York 10004-2584

Debt Savvy
c/o Levi Rosenburg
39 Broadway
New York, New York 10006-3003

Elysium Financial Network LLC
187 Wolf Road, Suite 101
Albany, New York 12205-1138

Elysium Financial Network LLC
c/o Rocket Corporate Services, Inc.
2140 S Dupont Hwy
Camden, Delaware 19934-1249

Elysium Network LLC
d/b/a EGH Capital
85 Broad Street
New York, New York 10004-2434

Elysium Network LLC d/b/a EGH Capital
85 Broad Street
New York, New York 10004-2434

Essential Service Mechanical, LLC
6605 Stroud Drive
Houston, Texas 77074-6343

Essential Service Mechanical, LLC
c/o Edwin Sanchez
7122 Triola Lane
Houston, Texas 77074-4718

FinCoast Capital LLC
16850 Collins Avenue, Suite 112616
Sunny Isles Beach, Florida 33160-4238

FinCoast Capital LLC
2785 Rockbrook Drive, Suite 201
Lewisville, Texas 75067-5251

FinCoast Capital LLC
c/o Bruce Akerly
2785 Rockbrook Drive, Suite 201
Lewisville, Texas 75067-5251

Fundamental Capital LLC
20803 Biscayne Boulevard
Aventura, Florida 33180-1431

Goat Advance LLC
77 Water Street, Suite 2404
New York, NY 10005-4429

Goat Advance LLC
c/o The LLC
3273 Bedford Avenue
Brooklyn, New York 11210-4508

Harris County Tax Office
P.O. Box 4663
Houston, Texas 77210-4663

Harris County, et al
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Houston Permitting Center
1002 Washington Avenue
Houston, Texas 77002-1543

Houston Public Works
P.O. Box 4863
Houston, Texas 77210-4863

Hudson Energy
5251 Westheimer Road
Houston, Texas 77056-5414

Hudson Energy Services LLC
c/o Corporation Services Company
211 E 7th Street
Suite 620
Austin, Texas 78701-3218

Infusion Capital Group
40 Wall Street
28th Floor, #2765
New York, New York 10005-1304

Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101-7346

Jake's Finer Foods
13400 Hollister Road
Houston, Texas 77086-1218

Janco Foods, Inc.
12400 Dairy Ashford Road
Sugar Land, Texas 77478-6250

Janco Foods, Inc.
c/o Peter A. Mousoudakis
1216 Silber Road
Houston, Texas 77055-7128

Jose Juan Rodriguez
9101 Lipan Road
Houston, Texas 77063-5568

Kean Miller LLP
711 Louisiana Street, Suite 1800
Houston, Texas 77002-2832

Lieberman & Klestzick, LLP
c/o Joe Lieberman, Esq.
71 S Central Avenue, #200
Valley Stream, New York 11580-5403

Linz, Inc. d/b/a Meats by Linz
414 E. State Street
Calumet City, Illinois 60409-2618

MG Foods of Texas
2002 E Cotton Street
Longview, Texas 75602-1514

Mount Royal USA, Inc.
c/o Wendy S. Johnson
3902 North Main Street
Houston, Texas 77009-6149

PH MEDIA (USA) INC.
c/o Cogency Global Inc.
1601 Elm Street, Suite 4360
Dallas, Texas 75201-4701

PHMG
401 N Michigan Avenue, Suite 1725
Chicago, Illinois 60611-4742

Paysafe
1725 Hughes Landing, Suite 11
The Woodlands, Texas 77380-4066

Paysafe Holdings (US) Corp.
c/o CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3140

Performance Food Group, Inc.
c/o Bill Malone Jr.
PO Box 151198
Fort Worth, Texas 76108-5198

Performance Food Group, Inc.
c/o National Registered Agents
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3140

Pro Valley Foods LLC
c/o Terrazas PLLC
1001 S. Capital of Texas Hwy L-250
Austin, Texas 78746-6585

ProValley Foods, L.L.C.
8101 S 23rd Street
Suite 4
McAllen, Texas 78503-9101

ProValley Foods, L.L.C.
8101 S 23rd Street
Suite 4
McAllen, Texas 78S 78503-9101

ProValley Foods, L.L.C.
c/o Kevin Terrazas
1001 S. Capital of Texas Highway,
Building L Suite 250
Austin, Texas 78746-6450

ProValley Foods, L.L.C.
c/o Kevin Terrazas
1001 S. Capital of Texas Highway, Buildi
Suite 250
Austin, Texas 78746-6450

Prosperity Bank
1301 N Mechanic Street
El Campo, Texas 77437-2633

Rival Funding
c/o A Registered Agent, Inc.
8 The Green, Ste A
Dover, Delaware 19901-3618

Rival Funding LLC
4201 Neshaminy Boulevard
Suite 108-211
Bensalem, Pennsylvania 19020-1609

Small Business Financial Solutions, LLC
4500 East West Highway, 6th Floor
Bethesda, Maryland 20814-3327

Summer Energy, LLC
c/o Jaleea P. George
5847 San Felipe Street, Suite 3700
Houston, TX 77057-3423

Summer Energy, LLC
c/o Jaleea P. George
5847 San Felipe Street, Suite 3700
Houston, Texas 77057-3423

Sundaise LLC
c/o CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3140

Sysco Corporation
c/o Corporation Service Company
211 E 7th Street, Suite 620
Austin, Texas 78701-3218

Sysco Corporation
c/o Marc L. Ellison
2211 Norfolk, Ste 510
Houston, TX 77098-4048

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Foods Distributors LLC
PO Box 801
Bellaire, Texas 77402-0801

Texas Foods Distributors LLC
c/o Oscar I Campos
5710 Green Ash Drive
Houston, Texas 77081-2604

Truist Bank
214 N Tryon Street
Charlotte, North Carolina 28202-2374

US Foods, Inc.
c/o Corporation Service Company
211 E 7th Street Suite 620
Austin, Texas 78701-3218

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Vehicle Leasing Holdings, LLC d/b/a D&M Leas
4635 Southwest Freeway, Suite 1000
Houston, Texas 77027-7139

Vehicle Leasing Holdings, LLC d/b/a D&M Leas
c/o William L. Dismuke
2000 E Lamar Blvd, Suite 500
Arlington, Texas 76006-7339

Woodforest National Bank
1330 Lake Robbins Drive
The Woodlands, Texas 77380-3267

Woodforest National Bank
PO Box 9243
The Woodlands, Texas 77387-9243

Broocks Wilson
Kean Miller LLP
711 Louisiana Street
Ste 1800
Houston, TX 77002-2832

Drew McManigle
Chapter 11 Trustee
700 Milam, Suite 1300
Houston, TX 77002-2736

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cantrell & Cantrell PLLC
3700 Buffalo Speedway #1000
Houston, Texas 77098

Texas Comptroller of Public Accounts
P.O. Box 13528
Capitol Station
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Charlie's Plumbing, Inc.

(d)Bizfund LLC
122 E 42nd Street Floor 18
New York, New York 10168-1899

(d)Block, Inc.
c/o CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3140

(d)Debt Saavy
80 Broad Street, 12th Floor
New York, New York 10004-2584

(d)Lieberman & Klestzick, LLP
c/o Joe Lieberman, Esq.
71 S Central Avenue, #200
Valley Stream, New York 11580-5403

(d)Small Business Financial Solutions, LLC
4500 East West Highway, 6th Floor
Bethesda, Maryland 20814-3327

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 87 |
| Bypassed recipients | 6 |
| Total | 93 |