**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **PETE'S FINE MEATS, INC.,** | § | **CASE NO. 23-31036** |
| ***Debtor.*** | § | |
| | § | **Chapter 11** |
| | § | |
| | § | **Judge Christopher M. Lopez** |

**Chapter 11 Subchapter V Trustee's Report of No Distribution**

I, *Drew McManigle*, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. A consensual plan was confirmed on August 9, 2023. No plan payments were made to the trustee. The Court deemed the plan substantially consummated. Upon entry of this Court's Order Approving Trustee's Final Application for Compensation on October 2, 2023, the Court ordered compensation of $3,504.20 be awarded to the trustee. These funds were paid by the debtor to the trustee and deposited on or about February 22, 2024. I hereby certify that my administration of the estate of the above-named debtor has been completed. I request that I be discharged from any further duties as trustee.

Date: February 22, 2024

By: *<u>/s/ Drew McManigle</u>*
Drew McManigle,
Subchapter V Chapter 11 Trustee
drew@macco.group
700 Milam Street, Suite 1300
Houston, Texas 77002
(410) 350-1839

**UST Form 101-11(v)-NDR D**