**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CHAPTER 11** |
| **PETE'S FINE MEATS, INC.** | § | |
| | § | **CASE NO. 23-31036** |
| ***Debtor.*** | § | |

**NOTICE OF FINAL PLAN DEFAULT AND TERMINATION OF STAY BY HARRIS COUNTY**

**COMES NOW HARRIS COUNTY, et al.**, ("Harris County"), secured creditor in the above-numbered and styled bankruptcy case, and files this **Notice of Final Plan Default** (the "Notice"), and in support thereof would show the Court as follows:

1. The Debtor defaulted under the terms of the Plan and Confirmation Order by failing to pay the claims of Harris County in accordance with the terms of the Confirmed Plan filed at Docket Nos. 40 and 46, respectively. Specifically, Article III.B.3 of the Plan required Harris County's tax claim to be paid on the Effective Date, however, Harris County has received no payments since confirmation.

2. On October 11, 2024, Harris County served a Notice of Default and Time to Cure Such Default (the "Cure Notice") to the Debtor and the Debtor's attorney, providing 30 days to cure such default, in accordance with the terms of the Plan. The Debtor failed to timely cure the default. A true and correct copy of the Cure Notice is attached as **Exhibit A** and incorporated by this reference.

3. As of the filing of this Notice, the Debtor remains delinquent and has failed to remit any payments to Harris County.

4. Harris County has conferred with and attempted to cooperate with the Debtor through the Debtor's attorney in curing the default. Despite receiving the Cure Notice and a

prolonged opportunity to cure under the Plan, the Debtor has failed to cure the default and Harris County's tax claim remains delinquent and uncured.

5. Harris County intends to exercise its full rights pursuant to state law without further notice and files this **Notice of Final Plan Default.**

Date: November 18, 2024

Respectfully submitted,

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

*/s/ Jeannie Andresen*
**TARA L. GRUNDEMEIER**
Texas State Bar No. 24036691
**JEANNIE L. ANDRESEN**
Texas State Bar No. 24086239
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 Phone
*Counsel for Harris County, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Notice of Final Plan Default** was electronically served to those registered for service in this matter on CM/ECF for the Bankruptcy Court for the Southern District of Texas and to the following recipients, if any, via First-Class Mail, on November 18, 2024.

*/s/ Jeannie Andresen*
**Jeannie L. Andresen**

Debtor
Pete's Fine Meats, Inc.
ATTN: Michael Cruz
5509 Richmond Ave.
Houston, TX 77056

Debtor's Attorney
Kean Miller, LLP
ATTN: Broocks Wilson
711 Louisiana St., Suite 1800
Houston, TX 77002
*via E-mail Only: mack.wilson@keanmiller.com*